RICK D. ROSKELLEY, ESQ., Bar # 3192
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:     775.348.4888
Fax No.:         775.786.0127
Email:  rroskelley@littler.com
Email:  sketner@littler.com

Attorneys for Defendant
WELLS FARGO BANK, NATIONAL ASSOCIATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID BENOIT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, d.b.a/a.k.a. Wells Fargo Bank Reno Call Center; OLIVER SAAH, an individual; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 1-50,<br><br>Defendants. | Case No. 3:15-cv-00597-MMD-VPC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

Plaintiff, DAVID BENOIT, and Defendants, WELLS FARGO BANK, NATION ASSOCIATION and OLIVER SAAH, by and through their respective counsel of record, hereby stipulate to and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
200 S. Virginia Street
8th Floor
Reno, NV  89501
775.348.4888

1  Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and
2  Order.

3  Dated: August 19, 2016     Dated: August 19, 2016

4  /s/ Sandra Ketner, Esq.     /s/ William J. Geddes, Esq.
5  SANDRA KETNER, ESQ.     WILLIAM J. GEDDES, ESQ.
   LITTLER MENDELSON     THE GEDDES LAW FIRM, P.C.
6  Attorneys for Defendant     Attorney for Plaintiff
   Wells Fargo Bank, National Association

8  Dated: August 19, 2016

10 /s/Wayne Klomp, Esq.
   JANINE C. PRUPAS, ESQ.
11 SWEN P. PRIOR, ESQ.
   WAYNE KLOMP, ESQ.
12 SNELL & WILMER, L.L.P.
   Attorneys for Defendant
13 Oliver Saah

15 **ORDER**

16 IT IS SO ORDERED.

17 Dated this 19th day of August, 2016.

                   UNITED STATES DISTRICT JUDGE

20 Firmwide:141664377.1 081479.1025

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
200 S. Virginia Street
8th Floor
Reno, NV 89501
775.348.4888

2.